**SEAN C. MCGUIRE**
California State Bar No. 319521
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Sean_McGuire@fd.org

Attorneys for Defendant
JOSE ALBERTO HIDALGO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ALBERTO HIDALGO,<br><br>Defendant. | CASE NO.: 3:20-CR-1176-LAB<br><br>Hon. Larry A. Burns<br>Courtroom 14A<br>Date: 11/16/2020<br>Time: 9:00 A.M.<br><br>**MOTION TO CONTINUE SENTENCING** |

The defense requests a one-week continuance (or a continuance to a date of the court's choosing) of the sentencing scheduled for November 16, 2020. Undersigned ounsel took over this case from prior counsel Eric Fish, who departed the office in the beginning of November. The purpose of the request is to allow defense counsel additional time to review the Pre-Sentence Report with Mr. Hidalgo and prepare for sentencing. The PSR was filed on October 13, 2020, and in the intervening weeks undersigned counsel had two trials. Additionally, counsel is on leave from November 9 through November 15, 2020. The government, as of the time of this writing, has not yet filed sentencing papers.

Undersigned counsel contacted the government on November 8, 2020, regarding this motion and a response is awaited.

//

Respectfully submitted,

Dated: November 9, 2020
*s/ Sean C. McGuire*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
JOSE ALBERTO HIDALGO
Email: Sean_McGuire@fd.org