**JOANNA J. MARTIN**
California State Bar No. 329622
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Joanna_Martin@fd.org

Attorneys for
JOSE ALBERTO HIDALGO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:   20-CR-1176-LAB |
|---|---|
| Plaintiff, | Hon. Larry A. Burns |
| v. | |
| JOSE ALBERTO HIDALGO, | **Motion to Withdraw Guilty Plea** |
| Defendant. | |

**To:** **Randy Grossman, Jr.,** Acting United States Attorney; and
**Blair Perez,** Assistant United States Attorney:

Jose Alberto Hidalgo, by and through his counsel, Joanna Martin and Federal Defenders of San Diego, Inc., hereby files this motion requesting the withdrawal of his guilty plea.

//
//
//
//
//
//
//

1       On August 4, 2020, Mr. Hidalgo pleaded guilty to Count 1 of the Information, a violation of 21 U.S.C. §§952, 960. Dkt. No. 30. On the same date, the magistrate judge recommended that this Court accept the guilty plea. Dkt. No. 32.

      Federal Rule of Criminal Procedure 11(d) provides in relevant part: "A defendant may withdraw a plea of guilty or nolo contendere . . . before the court accepts the plea, for any or no reason[.]" *See United States v. Alvarez-Tautimez,* 160 F.3d 573, 576 (9th Cir. 1998) (defendant "had the absolute right to withdraw his plea before it was accepted by the district court").

      Mr. Hidalgo respectfully requests that his guilty plea be withdrawn.

      Respectfully submitted,

Dated: April 27, 2021      *s/ Joanna Martin*
**Joanna Martin**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Hidalgo

Dated: April 27, 2021      *s/ Blair Perez*
**Blair Perez**
Assistant United States Attorney